IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Walker D. Miller

Civil Action No.   03-WM-1310 (CBS)

UNITED STATES OF AMERICA,

    Plaintiff(s),

v.

COLORADO MUFFLERS UNLIMITED, INC., et al.,

    Defendant(s).

_____

**ORDER**
_____

This matter is before me on the government's motion to vacate my order setting a deadline of September 15, 2005 for government action.  The government's motion indicates that it needs more time to review potentially applicable files and has concerns about limited resources available to it to prosecute the defendants appropriately for criminal contempt.  I am concerned if the government is not able to timely respond to what should be comparatively straight forward issues concerning the possible contempt of the defendants.  Fed. R. Crim. P. 42(a)(2) requires that I request the United States Attorney's office to prosecute unless the interest of justice requires appointment of another attorney.  I do not know from the government's filing whether it believes that to be the case.  In any case if the government declines my request I shall appoint a private attorney to prosecute the contempt in accordance with

Rule 42. With these observations I will grant the government's motion upon condition of a prompt status conference thereafter.

Accordingly, it is ordered:

1. Government's motion to vacate deadline is granted;

2. A status conference on whether the government will accept responsibility for prosecuting defendants for criminal contempt is set for **October 12, 2005, at 11:00 a.m.** in the Alfred A. Arraj United States Courthouse, 901 19th St., Courtroom A902.

DATED at Denver, Colorado, on September 9, 2005.

BY THE COURT:

/s/ Walker D. Miller
United States District Judge