IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Walker D. Miller

Civil Action No.   03-cv-1310-WDM-CBS

UNITED STATES OF AMERICA,

    Plaintiff(s),

v.

COLORADO MUFFLERS UNLIMITED, INC., et al.,

    Defendant(s).
_____

**ORDER**
_____

On September 26, 2005, *pro se* defendants filed essentially the same objection to my September 9, 2005 order and apparently ask to be informed whether a party should attend the status conference on October 12, 2005.  The circumstances again strongly suggest that one or more of the non-lawyer defendants is engaging in the improper practice of law before this court.

I interpret the pleading to be a motion for permission not to attend the scheduled status conference.  The motion is granted as to Richard Dean Rudd, Sr., resident of the State of Washington.  He may appear by phone by calling 303/844-2468 a few minutes before the scheduled hearing date.  The other defendants' motions are denied.

To the extent any defendant seeks a special notification of this order, it is denied as this order will be served upon defendants in accordance with the rules of this court. I interpret their latest addresses as notification pursuant to D.C.COLO.LCivR 10.1.M.

DATED at Denver, Colorado, on September 28, 2005.

BY THE COURT:

/s/ Walker D. Miller
United States District Judge