IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

Civil Action No. 03-cv-01310-WDM-CBS

UNITED STATES OF AMERICA,

      Plaintiff,

v.

COLORADO MUFFLERS UNLIMITED, INC., *et al.*,

      Defendants.

---

## MINUTE ORDER

---

**ORDER ENTERED BY MAGISTRATE JUDGE CRAIG B. SHAFFER**

      It is hereby **ORDERED** that the Motion to Withdraw as Counsel (filed January 17, 2006; *doc. no. 303*) is **GRANTED**. Attorney Michael Hegarty is relieved of any further representation of Plaintiff in the above captioned action.

**DATED:**      January 18, 2006