# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

## JUDGE WALKER D. MILLER

## COURTROOM MINUTES

Courtroom Deputy: Kathy Preuitt-Parks　　Date: July 11, 2006
Court Reporter: Janet Coppock　　Time: 77 minutes

**CASE NO.  03-cv-01310-WDM-CBS**

| Parties | Counsel |
|---|---|
| **UNITED STATES OF AMERICA,** | James Weaver |
| Plaintiff, | |
| vs. | |
| **COLORADO MUFFLERS UNLIMITED,** | |
| **RICHARD D. RUDD, SR.,** | Pro Se |
| **DOLORES RUDD,** | Pro Se |
| **SHERILYN GALLEGOS,** | Pro Se |
| **RICHARD D. RUDD, JR. and** | Pro Se |
| **GEORGE GALLEGOS, III,** | Pro Se |
| Defendants. | |

## FINAL TRIAL PREPARATION CONFERENCE

**9:30 a.m.    COURT IN SESSION**

APPEARANCE OF COUNSEL for plaintiff.  Defendants Richard Rudd, Sr. and Delores Rudd  appear by telephone.  Remaining defendants are present.

Matter scheduled for Trial to Court commencing July 17, 2006. Parties are advised they are first set and should be prepared to proceed.
Page Two
03-cv-01310-WDM
July 11, 2006

Mr. Weaver moves to amend the Pretrial Order to include plaintiff's witnesses Sonny Nelson, Phillip Stevens, Michael Gallegos and Caitlin Holmes.

Objections by all defendants.

Court will reserve ruling.

Discussion regarding exhibits.

Court reserves ruling on parties objections.

**ORDERED:** Defendants shall submit deposition designations by **4:00 p.m. on July 14, 2006.**

**ORDERED:** Defendants shall provide plaintiff with their proposed exhibits.

**ORDERED:** Parties shall submit proposed orders granting the relief they are seeking with appropriate findings justifying that relief by **noon on July 14, 2006.**

Court discusses pending motions.

**ORDERED:** Plaintiff's Motion for Extension of Time (Doc #290), filed 11/25/05 is **DENIED.**

**ORDERED:** Plaintiff's Motion for Extension of Time (Doc #296), filed 12/2/05 is **DENIED.**

**ORDERED:** Plaintiff's Motion for Extension of Time (Doc #297), fled 12/2/05 is **DENIED.**

**ORDERED:** Plaintiff's Motion for Leave (Doc #299), filed 12/9/05 is **DENIED.**

**ORDERED:** Plaintiff's Motion to Withdraw Document (Doc #306), filed 3/3/06 is **GRANTED.**

Trial will commence at **9:00 a.m. on July 17, 2006.**

**10:47 a.m.   COURT IN RECESS**

**Total in court time:** 77 minutes

**Hearing concluded**