IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Walker D. Miller

Civil Action No. 03-cv-1310-WDM-CBS

UNITED STATES OF AMERICA,

    Plaintiff,

v.

COLORADO MUFFLERS UNLIMITED, INC., et al.,

    Defendants.

_____

**ORDER**
_____

Miller, J.

    This matter is before me on defendants George Gallegos III, Sherilyn Gallegos, and Richard Dean Rudd Junior's Joinder in Notice of Motion and Motion to 1) Reconsider, Set Aside and Vacate Orders of Temporary Injunction; 2) Stay Enforcement of Order for Temporary Injunction Pending Hearing on Motion to Reconsider, Set Aside and Vacate Same, filed July 18, 2006 (Docket No. 361).  The motion that these defendants seek to join has already been denied by order of July 13, 2006.  Accordingly, to the extent this joinder can be considered a new motion, it is also denied.

    DATED at Denver, Colorado, on July 19, 2006.

                                    BY THE COURT:

                                    s/ Walker D. Miller
                                    United States District Judge