IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 03-cv-01310-WDM-CBS

UNITED STATES OF AMERICA,

Plaintiff,

v.

COLORADO MUFFLES UNLIMITED, INC.,
a Colorado corporation,
RICHARD D. RUDD, SR.,
DOLORES RUDD,
SHERILYN GALLEGOS,
RICHARD D. RUDD, JR.,
GEORGE GALLEGOS, III,

Defendants.

---

## STIPULATION AND ORDER REGARDING CUSTODY OF EXHIBITS AND DEPOSITIONS

---

It is stipulated that upon the conclusion of the trial, the parties shall retain custody of their respective exhibits and depositions until such time as all need for the exhibits and depositions has terminated and the time to appeal has expired or all appellate proceedings have been terminated plus sixty (60) days.

DATED at Denver, Colorado this ___19th___ day of July, 2006.

BY THE COURT:

_____
Walker D. Miller, Judge

_____
Counsel for Plaintiff

_____
Defendant