IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Walker D. Miller

Civil Action No. 03-cv-01310-WDM-CBS

UNITED STATES OF AMERICA,

      Plaintiff,

v.

COLORADO MUFFLERS UNLIMITED, INC., et al.,

      Defendants.
_____

## ORDER ON MOTION TO REOPEN
_____

Miller, J.

This matter is before me Defendant Sherilyn Gallegos's (Gallegos) motion to

reopen this case pursuant to D.C.COLO.LCivR 41.2.  This local rule provides that

cases that have been administratively closed may be reopened for good cause.  This

case, however, has not been administratively closed.  Therefore, Rule 41.2 is

inapplicable and this motion will be denied.  Alternatively, were I to construe this motion

as a request to extend the ten-day deadlines contained in Fed. R. Civ. P. 52(b) and

59(e), as discussed in my order issued on May 29, 2007, I am prohibited from granting

such an extension by Fed. R. Civ. P. 6(b).

Accordingly, it is ordered that Defendant Sherilyn Gallegos's motion to reopen,

filed June 1, 2007 (Docket No. 427), is denied.

DATED at Denver, Colorado, on June 13, 2007.

BY THE COURT:


s/ Walker D. Miller
United States District Judge