IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Walker D. Miller

Civil Action No. 03-cv-01310-WDM-CBS

UNITED STATES OF AMERICA

    Plaintiff,

v.

COLORADO MUFFLERS UNLIMITED, INC., a Colorado corporation, et al.,

    Defendants.

## ORDER ON MOTION FOR REVIEW OF TAXATION OF COSTS

Miller, J.

This matter is before me on Plaintiff's Motion for Review of the Denial of the United States' Bill of Costs (doc no 436), requesting the taxation of certain costs incurred in the course of this lawsuit. Plaintiff was awarded costs as the prevailing party and thereafter submitted a Bill of Costs in this case. After a hearing, the Clerk of the Court declined to tax any of the submitted amounts as costs, and Plaintiff seeks review of this decision. Defendants responded to Plaintiff's motion but provide no coherent legal or factual argument in opposition to Plaintiff's request.[1] For the reasons that follow, the motion will be granted in part.

The taxing of costs is within my discretion and is guided by whether the costs are for materials necessarily obtained for use in the case. *Allison v. Bank One-Denver*, 289

---

[1] Defendants' argument consists primarily of unsupported accusations of fraud and lack of jurisdiction and denial of the existence of the Plaintiff.

F.3d 1223, 1248 (10th Cir. 2002).

1.  Deposition Costs

Plaintiff requested $1599.80 for the costs of several deposition transcripts. At the time of the hearing with the Clerk, Plaintiff's counsel was unaware that these depositions had been used for briefing and for establishing trial testimony at the preliminary injunction hearing and trial in this matter. I conclude that Plaintiff has demonstrated that the depositions were necessarily obtained for use in the case and, therefore, these costs should be taxed.

Plaintiff also seeks the cost incurred in using a private process server for service of subpoenas for the depositions. However, Plaintiff has provided no legal authority demonstrating that such costs are taxable under 28 U.S.C. § 1920.

2.  Fees for Hearing Transcripts

Plaintiff also requested that the costs of the transcript of the preliminary injunction hearing and two other hearings be taxed as costs. Plaintiff asserts that the preliminary injunction hearing transcript was needed for supplemental briefing, and thus it appears this transcript was necessarily obtained for use in the case. Plaintiff has not demonstrated that the remaining two transcripts were obtained for any reason other than the convenience of counsel. Therefore, I will deny this request.

Accordingly, it is ordered:

1.  Plaintiff's Motion for Review of the Denial of the United States' Bill of Costs (doc no 436) is granted in part and denied in part.

2.  Plaintiff's costs of $1,599.80 for deposition transcripts shall be taxed against the Defendants, jointly and severally, pursuant to 28 U.S.C. § 1920.

3. Plaintiff's costs of $40.20 for the transcript of the preliminary injunction hearing shall be taxed against the Defendants, jointly and severally, pursuant to 28 U.S.C. § 1920.

4. The Clerk's denial of all other costs is sustained.

DATED at Denver, Colorado, on March 28, 2008.

BY THE COURT:

s/ Walker D. Miller
United States District Judge